

**UnitedHealthcare® Commercial**
*Coverage Determination Guideline*

# Cosmetic and Reconstructive Procedures

**Guideline Number:** CDG.007.20
**Effective Date:** November 1, 2021

➲ Instructions for Use

| Table of Contents | Page |
|---|---|
| Coverage Rationale | 1 |
| Documentation Requirements | 2 |
| Definitions | 3 |
| Applicable Codes | 4 |
| References | 9 |
| Guideline History/Revision Information | 9 |
| Instructions for Use | 9 |

**Related Commercial Policies**
- Blepharoplasty, Blepharoptosis and Brow Ptosis Repair
- Breast Reconstruction Post Mastectomy and Poland Syndrome
- Breast Reduction Surgery
- Breast Repair/Reconstruction Not Following Mastectomy
- Omnibus Codes
- Orthognathic (Jaw) Surgery
- Panniculectomy and Body Contouring Procedures
- Pectus Deformity Repair
- Plagiocephaly and Craniosynostosis Treatment
- Rhinoplasty and Other Nasal Surgeries
- Surgical and Ablative Procedures for Venous Insufficiency and Varicose Veins

**Community Plan Policy**
- Cosmetic and Reconstructive Procedures

# Coverage Rationale

Some states require benefit coverage for services that UnitedHealthcare considers Cosmetic Procedures, such as repair of external congenital anomalies in the absence of a Functional Impairment. Refer to the member specific benefit plan document.

## Indications for Coverage

For plans that include benefits for Cosmetic Procedures, the following are eligible for coverage as reconstructive and medically necessary when all of the following criteria are met:
- There is documentation that the physical abnormality and/or physiological abnormality is causing a Functional Impairment that requires correction; and
- The proposed treatment is of proven efficacy and is deemed likely to significantly improve or restore the patient's physiological function.

## Microtia

Microtia repair is reconstructive; although no Functional Impairment may be documented for Microtia, this has been deemed Reconstructive Surgery.

EXHIBIT C

## Flap Repair

Flap repair is considered reconstructive and medically necessary in certain circumstances. For medical necessity clinical coverage criteria, refer to the InterQual® 2021, Apr. 2021 Release, CP: Procedures, Local Flap.

Click here to view the InterQual® criteria.

## Coverage Limitations and Exclusions

UnitedHealthcare excludes Cosmetic Procedures from coverage including but not limited to the following:
- Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures. The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a Reconstructive Procedure
- Procedures that do not meet the reconstructive criteria in the Indications for Coverage section
- Pharmacological regimens, nutritional procedures or treatments
- Scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures)
- Skin abrasion procedures performed as a treatment for acne
- Liposuction or removal of fat deposits considered undesirable, including fat accumulation under the male breast and nipple
- Treatment for skin wrinkles or any treatment to improve the appearance of the skin
- Treatment for spider veins
- Sclerotherapy treatment of veins (Note: Sclerotherapy in excess of 3 sessions per leg within 12 months from the date of the ablation procedure is considered cosmetic)
- Hair removal or replacement by any means

## Documentation Requirements

Benefit coverage for health services is determined by the member specific benefit plan document and applicable laws that may require coverage for a specific service. The documentation requirements outlined below are used to assess whether the member meets the clinical criteria for coverage but do not guarantee coverage of the service requested.

| CPT/HCPCS Codes* | Required Clinical Information |
|---|---|
| **Muscle Flap Procedures** | |
| 15730<br>15733<br>15734<br>15736<br>15738<br>15740<br>15756 | Medical notes documenting the following, when applicable:<br>• History of medical conditions requiring treatment or surgical intervention, including:<br>   o A well-defined physical/physiologic abnormality resulting in a medical condition that requires treatment<br>   o Recurrent or persistent functional deficit caused by the abnormality<br>• Clinical studies/tests addressing the physical/physiologic abnormality confirming its presence and degree to which it causes impairment<br>• Color photos, where applicable, of the physical and/or physiological abnormality<br>• Physician plan of care with proposed procedures including expected outcome<br><br>In addition to the above, additional documentation requirements may apply for the following codes. Review the below listed policies in conjunction with the guidelines in this document.<br>• For CPT codes 15734 and 15738, refer to the Medical Policy titled Gender Dysphoria Treatment<br>• For CPT code 15736, refer to the Utilization Review Guideline Outpatient Surgical Procedures – Site of Service |
| **Cosmetic and Reconstructive Procedures** | |
| 11960, 14000, 14001, 14020, | Medical notes documenting the following, when applicable:<br>• History of medical conditions requiring treatment or surgical invention, including: |

Proprietary Information of UnitedHealthcare. Copyright 2021 United HealthCare Services, Inc.

| CPT/HCPCS Codes* | Required Clinical Information |
|---|---|
| 14021, 14040, 14041, 14060, 14061, 14301, 14302, 15570, 15572, 15574, 15731, 17999, 19316, 19325, 21137, 21138, 21139, 21172, 21175, 21179, 21180, 21181, 21182, 21183, 21184, 21208, 21209, 21230, 21235, 21248, 21249, 21255, 21256, 21260, 21261, 21263, 21267, 21268, 21275, 21295, 21296, 21299, 28344, 30540, 30545, 30560, 30620, 36468, 36470, 36471 L8600, Q2026 | <ul><li>○ To prove medical necessity, a well-defined physical/physiologic abnormality resulting in a medical condition that requires treatment</li><li>○ Recurrent or persistent functional impairment caused by the abnormality</li></ul><ul><li>Clinical studies/tests addressing the physical/physiologic abnormality confirming its presence and degree to which it causes impairment</li><li>High-quality color image(s) of the physical/physiologic abnormality:<ul><li>○ Note: All image(s) must be labeled with the:<ul><li>▪ Date taken</li><li>▪ Applicable case number obtained at time of notification, or member's name and ID number on the image(s)</li><li>▪ Submission of color image(s) are required and can be submitted via the external portal at www.uhcprovider.com/paan; faxes will not be accepted</li></ul></li></ul></li><li>Physician plan of care with proposed procedures and whether this request is part of a staged procedure; indicate how the procedure will improve and/or restore function</li></ul>In addition to the above, additional documentation requirements may apply for the following codes. Review the below listed policies in conjunction with the guidelines in this document.<ul><li>For CPT codes 19316, 19325, and L8600, refer to the Coverage Determination Guideline titled Breast Reconstruction Post Mastectomy and Poland Syndrome.</li><li>For CPT codes 14000, 14001, 14041, 15734, and 15738, refer to the Medical Policy titled Gender Dysphoria Treatment.</li><li>For CPT codes 21208, 21209, 21248, 21249, 21255, 21296, and 21299, refer to the Coverage Determination Guideline titled Orthognathic (Jaw) Surgery.</li><li>For CPT codes 14040, 14060, 14301, 15731, and 15736, refer to the Utilization Review Guideline titled Outpatient Surgical Procedures – Site of Service.</li></ul> |

*For code descriptions, see the Applicable Codes section.*

# Definitions

The following definitions may not apply to all plans. Refer to the member specific benefit plan document for applicable definitions.

Adjacent Tissue Transfer: A random pattern local flap which is used to fill in nearby or local defect. To be considered an adjacent tissue transfer an incision must be made by the surgeon which results in a secondary defect. Examples include transposition flaps, advancement flaps and rotation flaps.

Congenital Anomaly: A physical developmental defect that is present at the time of birth, and that is identified within the first twelve months of birth.

Cosmetic Procedures: Procedures or services that change or improve appearance without significantly improving physiological function.

Cosmetic Procedures (California only): Procedures or services that are performed to alter or reshape normal structures of the body in order to improve your appearance.

Cosmetic Surgery: Defined by the American Society of Plastic Surgeons, "is performed to reshape normal structures of the body in order to improve the patient's appearance and self-esteem."

Functional or Physical Impairment: A functional or physical or physiological impairment causes deviation from the normal function of a tissue or organ. This results in a significantly limited, impaired, or delayed capacity to move, coordinate actions, or

Cosmetic and Reconstructive Procedures  Page 3 of 9
UnitedHealthcare Commercial Coverage Determination Guideline  Effective 11/01/2021
**Proprietary Information of UnitedHealthcare. Copyright 2021 United HealthCare Services, Inc.**

perform physical activities and is exhibited by difficulties in one or more of the following areas: physical and motor tasks; independent movement; performing basic life functions.

Injury: Damage to the body, including all related conditions and symptoms.

Microtia: The most complex congenital ear deformity when the outer ear appears as either a sausage-shaped structure resembling little more than the earlobe. It may or may not be missing the external auditory or hearing canal. Hearing is impaired to varying degrees.

Reconstructive Procedures: Reconstructive Procedures when the primary purpose of the procedure is either of the following:
- Treatment of a medical condition
- Improvement or restoration of physiologic function

Reconstructive Procedures include surgery or other procedures which are related to an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not a changed or improved physical appearance.

Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures. The fact that you may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a Reconstructive Procedure.

Reconstructive Procedures (California only): Reconstructive Procedures to correct or repair abnormal structures of the body caused by congenital defects, developmental abnormalities, trauma, infection, tumors, or disease to do either of the following:
- To improve function
- To create a normal appearance, to the extent possible

Reconstructive Procedures include surgery or other procedures which are related to a health condition. The primary result of the procedure is not a changed or improved physical appearance for cosmetic purposes only, but rather to improve function and/or to create a normal appearance, to the extent possible. Covered Health Care Services include dental or orthodontic services that are an integral part of reconstructive surgery for cleft palate procedures.

For the purposes of this section, "cleft palate" means a condition that may include cleft palate, cleft lip, or other craniofacial anomalies associated with cleft palate.

Reconstructive Surgery: Defined by the American Society of Plastic Surgeons, "is performed on abnormal structures of the body, caused by congenital defects, developmental abnormalities, trauma, infection, tumors, or disease. It is generally performed to improve function but may also be done to approximate a normal appearance."

Sickness: Physical illness, disease or Pregnancy. The term Sickness includes Mental Illness or substance-related and addictive disorders, regardless of the cause or origin of the Mental Illness or substance-related and addictive disorder.

# Applicable Codes

The following list(s) of procedure and/or diagnosis codes is provided for reference purposes only and may not be all inclusive. Listing of a code in this guideline does not imply that the service described by the code is a covered or non-covered health service. Benefit coverage for health services is determined by the member specific benefit plan document and applicable laws that may require coverage for a specific service. The inclusion of a code does not imply any right to reimbursement or guarantee claim payment. Other Policies and Guidelines may apply.

| CPT/HCPCS Code | Description |
|---|---|
| The following codes may be cosmetic; review is required to determine if considered cosmetic or reconstructive. | |
| 11920 | Tattooing, intradermal introduction of insoluble opaque pigments to correct color defects of skin, including micropigmentation; 6.0 sq cm or less |

| CPT/HCPCS Code | Description |
|---|---|
| The following codes may be cosmetic; review is required to determine if considered cosmetic or reconstructive. | |
| 11921 | Tattooing, intradermal introduction of insoluble opaque pigments to correct color defects of skin, including micropigmentation; 6.1 to 20.0 sq cm |
| 11922 | Tattooing, intradermal introduction of insoluble opaque pigments to correct color defects of skin, including micropigmentation; each additional 20.0 sq cm, or part thereof (List separately in addition to code for primary procedure) |
| 11960 | Insertion of tissue expander(s) for other than breast, including subsequent expansion |
| 14000 | Adjacent tissue transfer or rearrangement, trunk; defect 10 sq cm or less |
| 14001 | Adjacent tissue transfer or rearrangement, trunk; defect 10.1 sq cm to 30.0 sq cm |
| 14020 | Adjacent tissue transfer or rearrangement, scalp, arms and/or legs; defect 10 sq cm or less |
| 14021 | Adjacent tissue transfer or rearrangement, scalp, arms and/or legs; defect 10.1 sq cm to 30.0 sq cm |
| 14040 | Adjacent tissue transfer or rearrangement, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; defect 10 sq cm or less |
| 14041 | Adjacent tissue transfer or rearrangement, forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands and/or feet; defect 10.1 sq cm to 30.0 sq cm |
| 14060 | Adjacent tissue transfer or rearrangement, eyelids, nose, ears and/or lips; defect 10 sq cm or less |
| 14061 | Adjacent tissue transfer or rearrangement, eyelids, nose, ears and/or lips; defect 10.1 sq cm to 30.0 sq cm |
| 14301 | Adjacent tissue transfer or rearrangement, any area; defect 30.1 sq cm to 60.0 sq cm |
| 14302 | Adjacent tissue transfer or rearrangement, any area; each additional 30.0 sq cm, or part thereof (List separately in addition to code for primary procedure) |
| 15570 | Formation of direct or tubed pedicle, with or without transfer; trunk |
| 15572 | Formation of direct or tubed pedicle, with or without transfer; scalp, arms, or legs |
| 15574 | Formation of direct or tubed pedicle, with or without transfer; forehead, cheeks, chin, mouth, neck, axillae, genitalia, hands or feet |
| 15730 | Midface flap (i.e., zygomaticofacial flap) with preservation of vascular pedicle(s) |
| 15731 | Forehead flap with preservation of vascular pedicle (e.g., axial pattern flap, paramedian forehead flap) |
| 15733 | Muscle, myocutaneous, or fasciocutaneous flap; head and neck with named vascular pedicle (i.e., buccinators, genioglossus, temporalis, masseter, sternocleidomastoid, levator scapulae) |
| 15734 | Muscle, myocutaneous, or fasciocutaneous flap; trunk |
| 15736 | Muscle, myocutaneous, or fasciocutaneous flap; upper extremity |
| 15738 | Muscle, myocutaneous, or fasciocutaneous flap; lower extremity |
| 15740 | Flap; island pedicle requiring identification and dissection of an anatomically named axial vessel |
| 15756 | Free muscle or myocutaneous flap with microvascular anastomosis |
| 15769 | Grafting of autologous soft tissue, other, harvested by direct excision (e.g., fat, dermis, fascia) |
| 15771 | Grafting of autologous fat harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; 50 cc or less injectate<br><br>Note: See also the Breast Reconstruction Post Mastectomy and Poland Syndrome Coverage Determination Guideline. |
| 15772 | Grafting of autologous fat harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; each additional 50 cc injectate, or part thereof (List separately in addition to code for primary procedure)<br><br>Note: See also the Breast Reconstruction Post Mastectomy and Poland Syndrome Coverage Determination Guideline. |

| CPT/HCPCS Code | Description |
|---|---|
| The following codes may be cosmetic; review is required to determine if considered cosmetic or reconstructive. | |
| 17999 | Unlisted procedure, skin, mucous membrane and subcutaneous tissue |
| 19316 | Mastopexy |
| 19325 | Breast augmentation with implant |
| 21137 | Reduction forehead; contouring only |
| 21138 | Reduction forehead; contouring and application of prosthetic material or bone graft (includes obtaining autograft) |
| 21139 | Reduction forehead; contouring and setback of anterior frontal sinus wall |
| 21172 | Reconstruction superior-lateral orbital rim and lower forehead, advancement or alteration, with or without grafts (includes obtaining autografts) |
| 21175 | Reconstruction, bifrontal, superior-lateral orbital rims and lower forehead, advancement or alteration (e.g., plagiocephaly, trigonocephaly, brachycephaly), with or without grafts (includes obtaining autografts) |
| 21179 | Reconstruction, entire or majority of forehead and/or supraorbital rims; with grafts (allograft or prosthetic material) |
| 21180 | Reconstruction, entire or majority of forehead and/or supraorbital rims; with autograft (includes obtaining grafts) |
| 21181 | Reconstruction by contouring of benign tumor of cranial bones (e.g., fibrous dysplasia), extracranial |
| 21182 | Reconstruction of orbital walls, rims, forehead, nasoethmoid complex following intra- and extracranial excision of benign tumor of cranial bone (e.g., fibrous dysplasia), with multiple autografts (includes obtaining grafts); total area of bone grafting less than 40 sq cm |
| 21183 | Reconstruction of orbital walls, rims, forehead, nasoethmoid complex following intra- and extracranial excision of benign tumor of cranial bone (e.g., fibrous dysplasia), with multiple autografts (includes obtaining grafts); total area of bone grafting greater than 40 sq cm but less than 80 sq cm |
| 21184 | Reconstruction of orbital walls, rims, forehead, nasoethmoid complex following intra- and extracranial excision of benign tumor of cranial bone (e.g., fibrous dysplasia), with multiple autografts (includes obtaining grafts); total area of bone grafting greater than 80 sq cm |
| 21208 | Osteoplasty, facial bones; augmentation (autograft, allograft, or prosthetic implant) |
| 21209 | Osteoplasty, facial bones; reduction |
| 21230 | Graft; rib cartilage, autogenous, to face, chin, nose or ear (includes obtaining graft) |
| 21235 | Graft; ear cartilage, autogenous, to nose or ear (includes obtaining graft) |
| 21248 | Reconstruction of mandible or maxilla, endosteal implant (e.g., blade, cylinder); partial |
| 21249 | Reconstruction of mandible or maxilla, endosteal implant (e.g., blade, cylinder); complete |
| 21255 | Reconstruction of zygomatic arch and glenoid fossa with bone and cartilage (includes obtaining autografts) |
| 21256 | Reconstruction of orbit with osteotomies (extracranial) and with bone grafts (includes obtaining autografts) (e.g., micro-ophthalmia) |
| 21260 | Periorbital osteotomies for orbital hypertelorism, with bone grafts; extracranial approach |
| 21261 | Periorbital osteotomies for orbital hypertelorism, with bone grafts; combined intra- and extracranial approach |
| 21263 | Periorbital osteotomies for orbital hypertelorism, with bone grafts; with forehead advancement |
| 21267 | Orbital repositioning, periorbital osteotomies, unilateral, with bone grafts; extracranial approach |
| 21268 | Orbital repositioning, periorbital osteotomies, unilateral, with bone grafts; combined intra- and extracranial approach |
| 21275 | Secondary revision of orbitocraniofacial reconstruction |

| CPT/HCPCS Code | Description |
|---|---|
| The following codes may be cosmetic; review is required to determine if considered cosmetic or reconstructive. | |
| 21295 | Reduction of masseter muscle and bone (e.g., for treatment of benign masseteric hypertrophy); extraoral approach |
| 21296 | Reduction of masseter muscle and bone (e.g., for treatment of benign masseteric hypertrophy); intraoral approach |
| 21299 | Unlisted craniofacial and maxillofacial procedure |
| 28344 | Reconstruction, toe(s); polydactyly |
| 30540 | Repair choanal atresia; intranasal |
| 30545 | Repair choanal atresia; transpalatine |
| 30560 | Lysis intranasal synechia |
| 30620 | Septal or other intranasal dermatoplasty (does not include obtaining graft) |
| L8600 | Implantable breast prosthesis, silicone or equal |
| L8607 | Injectable bulking agent for vocal cord medialization, 0.1 ml, includes shipping and necessary supplies |
| Q2026 | Injection, Radiesse, 0.1 ml |
| Q2028 | Injection, sculptra, 0.5 mg |
| The following codes are considered cosmetic; the codes do not improve a functional, physical or physiological impairment. | |
| 11950 | Subcutaneous injection of filling material (e.g., collagen); 1 cc or less |
| 11951 | Subcutaneous injection of filling material (e.g., collagen); 1.1 to 5.0 cc |
| 11952 | Subcutaneous injection of filling material (e.g., collagen); 5.1 to 10.0 cc |
| 11954 | Subcutaneous injection of filling material (e.g., collagen); over 10.0 cc |
| 15773 | Grafting of autologous fat harvested by liposuction technique to face, eyelids, mouth, neck, ears, orbits, genitalia, hands, and/or feet; 25 cc or less injectate |
| 15774 | Grafting of autologous fat harvested by liposuction technique to face, eyelids, mouth, neck, ears, orbits, genitalia, hands, and/or feet; each additional 25 cc injectate, or part thereof (List separately in addition to code for primary procedure) |
| 15775 | Punch graft for hair transplant; 1 to 15 punch grafts |
| 15776 | Punch graft for hair transplant; more than 15 punch grafts |
| 15780 | Dermabrasion; total face (e.g., for acne scarring, fine wrinkling, rhytids, general keratosis) |
| 15781 | Dermabrasion; segmental, face |
| 15782 | Dermabrasion; regional, other than face |
| 15783 | Dermabrasion; superficial, any site (e.g., tattoo removal) |
| 15786 | Abrasion; single lesion (e.g., keratosis, scar) |
| 15787 | Abrasion; each additional 4 lesions or less (List separately in addition to code for primary procedure) |
| 15788 | Chemical peel, facial; epidermal |
| 15789 | Chemical peel, facial; dermal |
| 15792 | Chemical peel, nonfacial; epidermal |
| 15793 | Chemical peel, nonfacial; dermal |
| 15819 | Cervicoplasty |
| 15824 | Rhytidectomy; forehead |
| 15825 | Rhytidectomy; neck with platysmal tightening (platysmal flap, P-flap) |
| 15826 | Rhytidectomy; glabellar frown lines |
| 15828 | Rhytidectomy; cheek, chin, and neck |

| CPT/HCPCS Code | Description |
|---|---|
| The following codes are considered cosmetic; the codes do not improve a functional, physical or physiological impairment. | |
| 15829 | Rhytidectomy; superficial musculoaponeurotic system (SMAS) flap |
| 17380 | Electrolysis epilation, each 30 minutes |
| 21270 | Malar augmentation, prosthetic material |
| 69090 | Ear piercing |
| 69300 | Otoplasty, protruding ear, with or without size reduction |
| J0591 | Injection, deoxycholic acid, 1 mg |
| The following code for treatment for spider veins is considered cosmetic; does not improve a functional, physical or physiological impairment. (2019 Amendment) | |
| 36468 | Injection(s) of sclerosant for spider veins (telangiectasia), limb or trunk |
| The following codes for sclerotherapy in excess of 3 sessions per leg within 12 months from the date of the ablation procedure are considered cosmetic; do not improve a functional, physical or physiological impairment. (2019 Amendment) | |
| 36470 | Injection of sclerosant; single incompetent vein (other than telangiectasia) |
| 36471 | Injection of sclerosant; multiple incompetent veins (other than telangiectasia), same leg |

*CPT® is a registered trademark of the American Medical Association*

## Coding Clarifications

### Flaps (Skin and/or Deep Tissues) Procedures: 15570-15738
- Codes 15733–15738 are described by donor site of the muscle, myocutaneous, or fasciocutaneous flap.
- A repair of a donor site requiring a skin graft or local flaps is considered an additional separate procedure.
  - For microvascular flaps, see 15756–15758.
  - For flaps without inclusion of a vascular pedicle, see 15570–15576.
  - For adjacent tissue transfer flaps, see instruction for 14000–14302 below.
- The regions listed refer to the recipient area (not the donor site) when a flap is being attached in a transfer or to a final site.
- Codes 15570–15738 do not include extensive immobilization (e.g., large plaster casts and other immobilizing devices are considered additional separate procedures).

### Other Flaps and Grafts Procedures: 15740-15777
- Neurovascular pedicle procedures are reported with 15750. This code includes not only skin but also a functional motor or sensory nerve(s). The flap serves to reinnervate a damaged portion of the body dependent on touch or movement (e.g., thumb). Repair of donor site requiring skin graft or local flaps should be reported as an additional procedure.
- Code 15740 describes a cutaneous flap, transposed into a nearby but not immediately adjacent defect, with a pedicle that incorporates an anatomically named axial vessel into its design. The flap is typically transferred through a tunnel underneath the skin and sutured into its new position. The donor site is closed directly.
- For random island flaps, V-Y subcutaneous flaps, advancement flaps, and other flaps from adjacent areas without clearly defined anatomically named axial vessels, see instruction for 14000–14302 below.

### CPT Coding Tips
- For codes 15570, 15734, 15736, 15738 and 15740, refer to the following CPT assistant monthly newsletter for additional coding guidelines for flap procedures:
  - MAR 10:4
  - MAR 13:13
  - MAR 04:11
  - APR 10:3
  - APR 14:10
  - SEP 03:15
  - SEP 04:12
  - OCT 04:15
  - OCT 13:15
  - NOV 02:7
  - DEC 12:6
- For codes 14000–14302, refer to the following CPT assistant monthly newsletter for additional coding guidelines for adjacent tissue transfer or rearrangement:

- JAN 06:47
- JAN 12:8
- MAR 10:4
- APR 10:3
- APR 14:10
- MAY 12:13
- JUL 00:10
- JUL 08:5
- JUL 99:3
- AUG 96:8
- AUG 12:13
- SEP 96:11
- NOV 12:13
- DEC 12:6
- DEC 06:15

# References

American Medical Association (AMA). CPT® Assistant Online. Available at: https://www.ama-assn.org/practice-management/cpt. Accessed May 13, 2021.

American Society of Plastic Surgeons (ASPS) available at: http://www.plasticsurgery.org/. Accessed May 13, 2021.

UnitedHealthcare Insurance Company Generic Certificate of Coverage 2018.

# Guideline History/Revision Information

| Date | Summary of Changes |
|---|---|
| 11/01/2021 | Documentation Requirements<br>• Updated list of applicable CPT codes with associated documentation requirements; added 14020, 14021, 14061, 14302, 15730, 15733, 15570, 15572, 15574, 15740, 15756, 36470, and 36471<br>Supporting Information<br>• Archived previous policy version CDG.007.19 |

# Instructions for Use

This Coverage Determination Guideline provides assistance in interpreting UnitedHealthcare standard benefit plans. When deciding coverage, the member specific benefit plan document must be referenced as the terms of the member specific benefit plan may differ from the standard plan. In the event of a conflict, the member specific benefit plan document governs. Before using this guideline, please check the member specific benefit plan document and any applicable federal or state mandates. UnitedHealthcare reserves the right to modify its Policies and Guidelines as necessary. This Coverage Determination Guideline is provided for informational purposes. It does not constitute medical advice.

This Coverage Determination Guideline may also be applied to Medicare Advantage plans in certain instances. In the absence of a Medicare National Coverage Determination (NCD), Local Coverage Determination (LCD), or other Medicare coverage guidance, CMS allows a Medicare Advantage Organization (MAO) to create its own coverage determinations, using objective evidence-based rationale relying on authoritative evidence (Medicare IOM Pub. No. 100-16, Ch. 4, §90.5).

UnitedHealthcare may also use tools developed by third parties, such as the InterQual® criteria, to assist us in administering health benefits. UnitedHealthcare Coverage Determination Guidelines are intended to be used in connection with the independent professional medical judgment of a qualified health care provider and do not constitute the practice of medicine or medical advice.

For self-funded plans with SPD language other than fully-insured Generic COC language, please refer to the member specific benefit plan document for coverage.

Proprietary Information of UnitedHealthcare. Copyright 2021 United HealthCare Services, Inc.