# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| SABRINA BRIONY DUNCAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:21-cv-03280-RK |
| JACK HENRY & ASSOCIATES, INC.; THE JACK HENRY & ASSOCIATES, INC. GROUP HEALTH BENEFIT PLAN; UMR, INC.; and QUANTUM HEALTH, INC., | ) |
| Defendants. | ) |

## JACK HENRY & ASSOCIATES, INC.'S
## AND THE JACK HENRY & ASSOCIATES, INC. GROUP HEALTH BENEFIT PLAN'S
## <u>RENEWED PARTIAL MOTION TO DISMISS</u>

COME NOW Defendants Jack Henry & Associates, Inc. (Jack Henry) and The Jack Henry & Associates, Inc. Group Health Benefit Plan (Plan), by and through their undersigned counsel, and moves this Court pursuant to Fed. R. Civ. P. 12(b)(6), for an order:

(1) dismissing Counts One, Two, Three and Four as to Jack Henry and the Plan with prejudice;

(2) dismissing Counts Five and Seven in their entirety as to Jack Henry with prejudice; and

(3) dismissing Count VIII's MHRA disability discrimination claim as to Jack Henry with prejudice.

Jack Henry and the Plan incorporate by reference their Suggestions in Support of their Partial Motion to Dismiss, together with **Exhibits 1 and 2**, which have been filed contemporaneously herewith.

WHEREFORE, Jack Henry and the Plan respectfully request that the Court grant this Partial Motion to Dismiss and award Jack Henry and the Plan such further relief as the Court deems just and proper.

Dated: January 25, 2022

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By:     /s/ Amy L. Blaisdell
Amy L. Blaisdell (Mo. Bar # 51068)
Heather M. Mehta (Mo. Bar #64026)
Lauren A. Daming (Mo. Bar #66472)
10 S. Broadway, Suite 2000
St. Louis, MO 63102
T: 314-241-9090 / F: 314-241-8624
apb@greensfelder.com
hmm@greensfelder.com
ldaming@greensfelder.com

***Attorneys for Jack Henry & Associates, Inc. and The Jack Henry & Associates, Inc. Group Health Benefit Plan***

## CERTIFICATE OF SERVICE

I certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the attorneys of record.

    /s/ Amy L. Blaisdell