| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA ☒ EEOC | 560-2021-00119 |

| Missouri Commission On Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Sabrina B. Duncan** | **417-353-9292** | **03/12/1975** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1183 S. Roanoke AVE, Springfield, MO 65807** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **JACK HENRY & ASSOCIATES, INC.** | **500 or More** | **417-235-6682** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3725 EAST BATTLEFIELD, Springfield, MO 65809** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN ☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION ☐ OTHER *(Specify)* | Earliest **05-22-2020**   Latest **10-05-2020** ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*
Ms. Duncan is a transgender woman diagnosed with Gender Dysphoria. Her Employer, Jack Henry & Associates, Inc. ("Jack Henry"), provides a health insurance plan (the "Plan") as an employment benefit. Following medical assessment, Ms. Duncan's doctors determined it was medically necessary that she receive Facial Feminization Surgery ("FFS"), a form of Gender Transition surgery, to treat her Gender Dysphoria. Her prescribed surgical plan also includes procedures related to Temporomandibular Joint Disorder ("TMJ"). The Plan, through Jack Henry and the third-party administrators it selected, denied Ms. Duncan's request for prior authorization of coverage for the surgery (prior authorization is required under Plan terms) and each of Ms. Duncan's appeals. The Plan asserted that the denials of all coverage for the prescribed procedures—even the procedures prescribed to treat Ms. Duncan's TMJ (which Jack Henry's outside counsel acknowledged is covered by the Plan)—were based on a "Cosmetic" exclusion and a United Healthcare policy on Gender Dysphoria that prohibits FFS coverage. The Plan's blanket denial of coverage for all the prescribed surgical procedures resulted directly from Jack Henry's discrimination against Ms. Duncan because of her sex and disability. Indeed, the Plan offers coverage for many FFS procedures when they are prescribed to treat conditions that are unrelated to transgender people or mental health. Ms. Duncan exhausted the Plan's internal appeal process on October 5, 2020. Further conversations with Jack Henry were unsuccessful at securing Ms. Duncan's access to coverage under the Plan. The policies and Plan interpretations Jack Henry relies on in its coverage denials against Ms. Duncan are contrary to generally accepted standards of medical practice. Ms. Duncan remains without the medically necessary treatment she needs because of Jack Henry's sex-and-disability-based discrimination against her, which has resulted in plainly unequal employment benefits that are contrary to law.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7-19-2021 *(signature)*  Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*   JUL 19 2021 |

EXHIBIT 2

EEOC
ST. LOUIS DISTRICT