# Exhibit 4

MyQHealth by QUANTUM HEALTH
7450 Huntington Park Drive, Suite 100
Columbus, OH 43235

October 5, 2020

Sabrina B Duncan

RE: Second Level Appeal for the Requested Facial Feminization Surgery with Hair Transplant from Bounmany Kyle Keojampa, MD
Reference #:

Dear Sabrina,

We received your second level appeal regarding the requested facial feminization surgery with hair transplant from Bounmany Kyle Keojampa, MD. We upheld the original decision. After medical review, it was determined that the requested facial feminization surgery with hair transplant is excluded from coverage because it is considered cosmetic. Based on review the clinical information provided and comparison with clinical practice standards and peer-reviewed literature established by the relevant medical community, the requested treatment would be considered cosmetic based on the plan's definition of cosmetic treatment. The clinical documentation provided does not demonstrate that the patient suffers from any significant physical symptoms or functional impairment related the shape and appearance of the face and hair. There are no functional or physical indications for the requested facial surgeries. There is no documentation of true physical symptoms or functional impairment related to the facial anatomy relative to the diagnosis of gender dysphoria. In the context of gender dysphoria, the clinical documentation does not demonstrate significant enough masculine anatomy that could be considered an indication for further feminization of the patient's appearance in this particular component of the anatomy. Therefore, further modification of this anatomical component is primarily cosmetic enhancement. The health plan does not cover cosmetic treatment or cosmetic surgery. The Jack Henry & Associates Inc health benefit plan states the following:

*"Cosmetic Treatment, Cosmetic Surgery, or any portion thereof, unless the procedure is otherwise listed as a covered benefit."*

You may refer to page 94, #16 and page 121 of the plan document (copy attached) which outlines this topic.

Therefore, we are unable, according to the summary plan description language, to certify the requested facial feminization surgery with hair transplant as a covered benefit under the plan.

You are entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to the claim.

# GENERAL EXCLUSIONS

Exclusions, including complications from excluded items, are not considered covered benefits under this Plan and will not be considered for payment as determined by the Plan.

The Plan does not pay for expenses Incurred for the following, unless otherwise stated below. The Plan does not apply exclusions to treatment listed in the Covered Medical Benefits section based upon the source of the Injury when the Plan has information that the Injury is due to a medical condition (including both physical and mental health conditions) or domestic violence.

1. **3D Mammograms,** unless covered elsewhere in this SPD.

2. **Abortions:** Unless a Physician states in writing that the mother's life would be in danger if the fetus were carried to term, or unless the pregnancy is the result of incest or rape.

3. **Acts of War:** Injury or Illness caused or contributed to by international armed conflict, hostile acts of foreign enemies, invasion, or war or acts of war, whether declared or undeclared.

4. **Alternative / Complementary Treatment** including treatment, services or supplies for holistic or homeopathic medicine, hypnosis or other alternate treatment that is not accepted medical practice as determined by the Plan.

5. **Appointment Missed:** An appointment the Covered Person did not attend.

6. **Assistance With Activities of Daily Living.**

7. **Assistant Surgeon, Co-Surgeons, or Surgical Team Services**, unless determined to be Medically Necessary by the Plan.

8. **Before Enrollment and After Termination:** Services, supplies or treatment rendered before coverage begins or after coverage ends under this Plan.

9. **Biofeedback Services** except for acquired brain Injury or other behavior modification services.

10. **Blood:** Blood donor expenses.

11. **Blood Pressure Cuffs / Monitors,** unless covered elsewhere in this SPD.

12. **Breast Pumps,** unless covered elsewhere in this SPD.

13. **Cardiac Rehabilitation** beyond Phase II, including self-regulated physical activity that the Covered Person performs to maintain health that is not considered to be a treatment program.

14. **Claims** received later than 12 months from the date of service.

15. **Contraceptive Products and Counseling,** unless covered elsewhere in this SPD.

16. **Cosmetic Treatment**, **Cosmetic Surgery,** or any portion thereof, unless the procedure is otherwise listed as a covered benefit.

17. **Court-Ordered:** Any treatment or therapy that is court-ordered, or that is ordered as a condition of parole, probation, or custody or visitation evaluation, unless such treatment or therapy is normally covered by this Plan. This Plan does not cover the cost of classes ordered after a driving-while-intoxicated conviction or other classes ordered by the court.

**Birthing Center** means a legally operating institution or facility that is licensed and equipped to provide immediate prenatal care, delivery services and postpartum care to the pregnant individual under the direction and supervision of one or more Physicians specializing in obstetrics or gynecology or a certified nurse midwife. It must provide for 24-hour nursing care provided by registered nurses or certified nurse midwives.

**Child (Children)** means any of the following individuals with respect to an Employee: a natural biological Child; a stepchild; a legally adopted Child or a Child legally Placed for Adoption; a Child under the Employee's or spouse's Legal Guardianship; or a Child who is considered an alternate recipient under a Qualified Medical Child Support Order (even if the Child does not meet the definition of "Dependent").

**Close Relative** means a member of the immediate family. Immediate family includes the Employee, spouse, Domestic Partner, mother, father, grandmother, grandfather, stepparents, step-grandparents, siblings, stepsiblings, half-siblings, Children, stepchildren, and grandchildren.

**Co-pay** means the amount a Covered Person must pay each time certain covered services are provided, as outlined on the Schedule of Benefits, if applicable.

**COBRA** means Title X of the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended from time to time, and applicable regulations. This law gives Covered Persons the right, under certain circumstances, to elect continuation coverage under the Plan when active coverage ends due to qualifying events.

**Common-Law Marriage** means a partnership whereby two adult individuals are considered married because they have lived together for a certain period of time, hold themselves to be married even without a license and a formal ceremony, and meet other applicable requirements of the state in which the Common-Law Marriage was established.

==**Cosmetic Treatment** means medical or surgical procedures that are primarily used to improve, alter, or enhance appearance, whether or not for psychological or emotional reasons.==

**Covered Expense** means any expense, or portion thereof, that is Incurred as a result of receiving a covered benefit under this Plan.

**Covered Person** means an Employee or Dependent who is enrolled under this Plan.

**Custodial Care** means non-medical care given to a Covered Person, such as administering medication and assisting with personal hygiene or other Activities of Daily Living, rather than providing therapeutic treatment and services. Custodial Care services can be safely and adequately provided by persons who do not have the technical skills of a covered health care provider. Custodial Care also includes care when active medical treatment cannot be reasonably expected to reduce a disability or improve the condition of a Covered Person.

**Deductible** means an amount of money paid once per Plan Year by the Covered Person (up to a family limit, if applicable) before any Covered Expenses are paid by the Plan. The Schedule of Benefits shows the amount of the applicable Deductible (if any) and the health care benefits to which it applies.

**Dependent** – see the Eligibility and Enrollment section of this SPD.

**Developmental Delays** means conditions that are characterized by impairment in various areas of development, such as social interaction skills, adaptive behavior, and communication skills. Developmental Delay may not necessarily have a history of birth trauma or other Illness that could be causing the impairment, such as a hearing problem, mental Illness, or other neurological symptoms or Illness.