# Exhibit 6



# Search

**Sort**

Your results will populate after a selection is made from the dropdown below.

**Sort by**

Relevance ▼

**Filter**

Refine your search results by making selections below. New results will populate upon selection.

**Location** ˄

☐ Florida  (57)
☐ New York  (71)
☐ New Jersey  (69)
☐ Connecticut  (66)
☐ District of Co...  (43)

clinical policies     ✕          🔍 Search

Feedback

## Results 1-10 of 5,953 for clinical policies

**SUGGESTED**

### Policies and Clinical Guidelines | UHCprovider

In Health Plans by State > Florida Health Plans > UnitedHealthcare Community Plan of Florida Homepage > Policies and Clinical Guidelines

**HTML**   **LAST MODIFIED**  Oct 6, 2021

Policies and Clinical Guidelines Policies and Clinical Guidelines Reimbursement Policies Resources: ... For policy guidance for Medicare Advantage plan members, view the UnitedHealthcare ...

### Complement Inhibitors (Soliris® & Ultomiris®) – Oxford Clinical Policy

**PDF**   **LAST MODIFIED**  Dec 31, 2021

6 Clinical Evidence . ... Clinical Policy titled Provider

Case 6:21-cv-03280-RK · Document 65-6 · Filed 03/02/22 · Page 2 of 9

- ☐ Ohio (51)
- ☐ Texas (69)
- ☐ Oklahoma (65)

Show more

---

Medica... ⌃

- ☐ Oncology an... (29)
- ☐ Pharmacy an... (46)
- ☐ Physical Me... (23)
- ☐ Geriatrics an... (25)
- ☐ Hematology (21)
- ☐ Internal Medi... (28)
- ☐ Mental Health (21)
- ☐ Nephrology (22)

Show more

---

Plans ⌃

- ☐ Commercial (179)
- ☐ Commercial P... (8)
- ☐ Exchange Pl... (43)
- ☐ Medicaid (253)
- ☐ Medicare (217)
- ☐ navigate com... (1)
- ☐ Service Area (1)
- ☐ VA CCN (6)

---

Servic... ⌃

- ☐ Policies a... (3,421)
- ☐ News (88)
- ☐ Prior Autho... (896)
- ☐ Network Bull... (44)
- ☐ NY Comm Pla... (1)

Administered Drugs - Site of Care. ... Clinical efficacy analysis found that pegcetacoplan was superior to eculizumab with respect ...

---

SUGGESTED

### Medical Policy Update Bulletins: February 2022 | UHCprovider

In Resource Library > News > 2022 News > Medical Policy Update Bulletins: February 2022

**HTML**   **LAST MODIFIED**   Feb 14, 2022

Resource Library ... Medical Policy Update Bulletins: February 2022 ... UnitedHealthcare Dental Policy Update Bulletin: February 2022 PCA#21-04775-Clinical-News News Home Page

---

SUGGESTED

### 10/2021: Policy and protocol updates in 2022 | UHCprovider

In Resource Library > News > 2021 Policy and Protocol featured articles > 10/2021: Policy and protocol updates in 2022

**HTML**   **LAST MODIFIED**   Nov 14, 2021

10/2021: Policy and protocol updates in 2022 ... , you will be able to find your policy and protocol updates from UnitedHealthcare under the policy and protocol updates category on our news ...

---

SUGGESTED

### Prior Authorization Requirements for UnitedHealthcare Mid-Atlantic Health Plans - Effective Jan. 1, 2022

**PDF**   **LAST MODIFIED**   Dec 29, 2021

for New to Market Medications policy is available at UHCprovider.com > Policies and Protocols > Commercial ... made when there's insufficient clinical evidence from well-conducted randomized ...

---

SUGGESTED

### Prior Authorization for Chemotherapy and

Feedback

- [ ] Service Area  (1)
- [ ] Provider Portal  (1)
- [ ] Digital Tools  (3)

Show more

## Resour...  ∧

- [ ] News Article  (30)
- [ ] Reimbursem...  (83)
- [ ] Reference ...  (165)
- [ ] Medical Policy...  (1)
- [ ] FAQ  (29)
- [ ] Forms  (22)
- [ ] Clinical Gui...  (132)
- [ ] Reference Gui...  (1)

Show more

### Related Cancer Therapies | UHCprovider

In Prior Authorization and Notification  > Oncology > Prior Authorization for Chemotherapy and Related Cancer Therapies

**HTML**   **LAST MODIFIED**   Jan 26, 2022

appropriate, we regularly evaluate our medical policies, clinical programs and health benefits based on the ... Physicians can submit clinical information during the authorization process for ...

### Pediatric Outpatient Intensive Feeding Programs - Oxford Clinical Policy

**PDF**   **LAST MODIFIED**   Jan 24, 2022

2 Clinical Evidence . ... Notes: ... This Clinical Policy is provided for informational purposes. ... UnitedHealthcare Oxford Clinical Policies are intended to be used in connection with the ...

### Preimplantation Genetic Testing – Oxford Clinical Policy

**PDF**   **LAST MODIFIED**   Dec 31, 2021

Table of Contents Page Related Policies Coverage Rationale ... The clinical characteristics between the three groups differed. ... A randomized clinical trial was conducted by Verpoest et al.

### Clinical Trials - Oxford Clinical Policy

**PDF**   **LAST MODIFIED**   Jan 24, 2022

policies Items and services provided solely to satisfy data collection and analysis needs and that are not ... Clinical Trials that do not meet the requirements listed in the Indications for ...

### Neurophysiologic Testing and Monitoring - Oxford Clinical Policy

**PDF**   **LAST MODIFIED**   Jan 24, 2022

4 Clinical Evidence . ... This policy includes information on the following tests: ... Neurophysiologic Testing and Monitoring UnitedHealthcare Oxford Clinical Policy ©1996-2021, Oxford ...

Feedback

Case 6:21-cv-03280-RK   Document 65-6   Filed 03/02/22   Page 4 of 9

Pages | 1 | 2 | 3 | 4 | 5 | >

© 2022 UnitedHealthcare | All Rights Reserved

Feedback



# Search

**Sort**

Your results will populate after a selection is made from the dropdown below.

**Sort by**

Relevance ▾

Filter

Refine your search results by making selections below. New results will populate upon selection.

**Location** ⌃

- [ ] All States (2)
- [ ] Florida (2)
- [ ] New York (2)
- [ ] Pennsylvania (2)
- [ ] Mississippi (2)

Gender Dysphoria Policy ✕ 🔍 Search



## Results 1-10 of 742 for Gender Dysphoria Policy

**SUGGESTED**

### Gender Dysphoria (Gender Identity Disorder) Treatment: CA – UnitedHealthcare West Benefit Interpretation Policy

PDF LAST MODIFIED Nov 29, 2021

UnitedHealthcare West Benefit Interpretation Policy Gender Dysphoria (Gender Identity Disorder) Treatment ... of Contents Page Related Benefit Interpretation Policies Federal/State Mandated ...

**SUGGESTED**

### Gender Dysphoria Treatment – Commercial Medical Policy

PDF LAST MODIFIED Oct 28, 2021

gender identity disorders Gender identity disorder

- [ ] Indiana  (1)
- [ ] New Jersey  (1)
- [ ] Connecticut  (1)

[Show more](#)

---

## Plans  ⌃

- [ ] Commercial  (6)
- [ ] Exchange Plans  (2)
- [ ] Medicaid  (7)
- [ ] Medicare  (4)

---

## Servic...  ⌃

- [ ] Policies an...  (158)
- [ ] Prior Autho...  (417)
- [ ] Eligibility and...  (31)
- [ ] Claims, Billin...  (28)
- [ ] News  (4)
- [ ] Network Bulle...  (2)
- [ ] Contact Us a...  (18)
- [ ] Other Resource  (3)

[Show more](#)

---

## Resour...  ⌃

- [ ] Clinical Guid...  (92)
- [ ] Clinical Guidel...  (1)
- [ ] Forms  (1)
- [ ] News Article  (1)
- [ ] Reference G...  (17)
- [ ] Reference Gui...  (1)

---

unspecified CPT® is a registered ... Dysphoria surgery, cryopreservation of fertilized embryos, oocyte preservation, surrogate parenting, ...

---

SUGGESTED

### Gender Dysphoria Treatment – Community Plan Medical Policy

**PDF**   LAST MODIFIED   Feb 2, 2022

gender identity disorders Gender identity disorder, unspecified Personal history of ... Dysphoria surgery, cryopreservation of fertilized embryos, oocyte preservation, surrogate parenting, ...

---

SUGGESTED

### Gender Dysphoria and Gender Reassignment Surgery (NCD 140.9) – Medicare Advantage Policy Guideline

**PDF**   LAST MODIFIED   Oct 31, 2021

Gender reassignment surgery is a general term to describe a surgery or surgeries that affirm a person's gender ... Policy Guideline titled Blepharoplasty, Blepharoptosis, and Brow Lift)

---

### Gender Dysphoria (Gender Identity Disorder) Treatment: OR – UnitedHealthcare West Benefit Interpretation Policy

**PDF**   LAST MODIFIED   Nov 29, 2021

Gender Dysphoria (Gender Identity Disorder) Treatment ... Dysphoria, or otherwise discriminate against the Member on the basis that treatment is for Gender Dysphoria.

---

### Gender Dysphoria (Gender Identity Disorder) Treatment: WA – UnitedHealthcare West Benefit Interpretation Policy

**PDF**   LAST MODIFIED   Nov 29, 2021

UnitedHealthcare® West Benefit Interpretation Policy Gender Dysphoria (Gender Identity Disorder) Treatment ... Gender affirming treatment must be covered in a manner

Feedback

compliant with the federal ...

## Gender Dysphoria (Gender Identity Disorder) Treatment (for Washington Only) – Individual Exchange Coverage Determination Guideline

**PDF**  **LAST MODIFIED**  Dec 31, 2021

Gender Dysphoria (Gender Identity Disorder) Treatment ... 2 Related Policies Repair ... Syndrome ... UnitedHealthcare reserves the right to modify its Policies and Guidelines as necessary.

## Gender Dysphoria Treatment – Individual Exchange Medical Policy

**PDF**  **LAST MODIFIED**  Dec 31, 2021

gender identity disorders Gender identity disorder, unspecified CPT® is a registered ... Dysphoria surgery, cryopreservation of fertilized embryos, oocyte preservation, surrogate parenting, ...

## Gender Dysphoria Treatment - Oxford Clinical Policy

**PDF**  **LAST MODIFIED**  Jan 24, 2022

gender identity disorders Gender identity disorder, unspecified Description Z87.890 ... Dysphoria surgery, cryopreservation of fertilized embryos, oocyte preservation, surrogate parenting, ...

## Gender Dysphoria Treatment (for New Jersey Only) – Community Plan Medical Policy

**PDF**  **LAST MODIFIED**  Jan 2, 2022

gender identity disorders Gender identity disorder, unspecified Description Z87.890 ... Dysphoria surgery, cryopreservation of fertilized embryos, oocyte preservation, surrogate parenting, ...

Feedback

Pages  | 1 | 2 | 3 | 4 | 5 | >

© 2022 UnitedHealthcare | All Rights Reserved

Feedback