UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SABRINA BRIONY DUNCAN<br><br>Plaintiff,<br><br>v.<br><br>JACK HENRY & ASSOCIATES, INC.; THE JACK HENRY & ASSOCIATES, INC. GROUP HEALTH BENEFIT PLAN; UMR, INC.; and QUANTUM HEALTH, INC.,<br><br>Defendants. | Case No. 6:21-cv-03280-RK |

**CERTIFICATE OF SERVICE FOR PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT JHA'S FIRST REQUESTS FOR PRODUCTION**

Undersigned counsel for Plaintiff hereby certifies that on April 28, 2022, Plaintiff's Objections and Responses to Defendant JHA's First Requests for Production, along with a copy of this Certificate of Service, were sent via email to counsel for all Defendants:

Amy L. Blaisdell (Mo. Bar # 51068)
Heather M. Mehta (Mo. Bar #64026)
Lauren A. Daming (Mo. Bar #66472)
GREENSFELDER, HEMKER & GALE, P.C.
10 S. Broadway, Suite 2000
St. Louis, MO 63102
T:  314-241-9090 / F:  314-241-8624
apb@greensfelder.com
hmm@greensfelder.com
ldaming@greensfelder.com

*Attorneys for Jack Henry & Associates, Inc. and*
*The Jack Henry and Associates, Inc. Group Health Benefit Plan*

Ann E. Buckley (Mo. Bar #26970)
BUCKLEY & BUCKLEY, L.L.C.
800 Market Street, Suite 2900
St. Louis, MO 63101

T: (314) 621-3434 / F: (314) 621-3485
abuckley@buckleylawllc.com

Andrew G. Jubinsky
Texas Bar No. 11043000
Amber D. Reece
Texas Bar No. 24079892
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
(214) 939-2000
amber.reece@figdav.com
andy.jubinsky@figdav.com

*Attorneys for Defendant UMR, Inc.*

David J. Butler
Rachel A Smoot
TAFT LAW
dbutler@taftlaw.com
rsmoot@taftlaw.com
Dir: 614.334.6167
Tel: 614.221.2838  |  Fax: 614.221.2007
65 E. State Street, Suite 1000
Columbus, OH 43215

Danne W. Webb (Mo. Bar #39384)
Andrea S. McMurtry (Mo. Bar #62495)
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

*Attorneys for Defendant Quantum Health, Inc.*

2

Respectfully submitted,

/s/ Caroline E. Reynolds

ZUCKERMAN SPAEDER LLP
Caroline E. Reynolds (*pro hac vice*)
1800 M St., NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
creynolds@zuckerman.com

Leila Bijan (*pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
lbijan@zuckerman.com

Anthony E. Rothert, #44827
Jessie Steffan, #64861
Molly E. Carney, #70570
Emily Lazaroff, #73811
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Tel.: (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Tel.: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiff*