# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

SABRINA BRIONY DUNCAN,     )
            )
       Plaintiff,      )
            )
      v.           )     Case No. 6:21-cv-03280-WBG
            )
JACK HENRY AND ASSOCIATES, INC.  )
et al.,           )
            )
       Defendants.   )

### Motion to Withdraw

Molly Carney moves to withdraw as counsel for Plaintiff as my employment by the American Civil Liberties Union of Missouri ends on November 18, 2022. All other counsel for Plaintiff entered on this matter remain.

> Respectfully submitted,
> /s/ Molly Carney
> Molly Carney, #70570MO
> ACLU of Missouri Foundation
> 906 Olive Street, Suite 1130
> St. Louis, MO 63101
> 314-652-3114
> mcarney@aclu-mo.org
> *Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on November 16, 2022.

<u>/s/ Molly Carney</u>

2