UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SABRINA BRIONY DUNCAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:21-cv-03280-RK |
| ) | |
| JACK HENRY & ASSOCIATES, INC.; ) | |
| THE JACK HENRY & ASSOCIATES, ) | |
| INC. GROUP HEALTH BENEFIT ) | |
| PLAN; UMR, INC.; and QUANTUM ) | |
| HEALTH, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

COME NOW Sabrina Briony Duncan ("Plaintiff") and Jack Henry & Associates, Inc., The Jack Henry & Associates, Inc. Group Health Benefit Plan, UMR, Inc., and Quantum Health, Inc. ("Defendants," jointly the "Parties"), by and through their undersigned attorneys, and hereby notify the Court that the Parties have reached a settlement in this matter. The Parties anticipate finalizing the settlement and filing a Stipulation for Dismissal with Prejudice within sixty (60) days, and therefore respectfully request that the Court enter an order vacating all pending deadlines.

Dated: November 18, 2022                                      Respectfully submitted,

| **ZUCKERMAN SPAEDER LLP** | **GREENSFELDER, HEMKER & GALE, P.C.** |
|---|---|

By:  /s/ Caroline E. Reynolds (by consent)
   Caroline E. Reynolds
   1800 M Street NW, Suite 1000
   Washington, DC 20036-5807
   Tel: 202.778.1800
   Fax: 202.822.8106
   creynolds@zuckerman.com

   Leila Bijan
   485 Madison Avenue, 10th Floor
   New York, NY 10022
   Tel: 212.704.9600
   Fax: 212.704.4256
   lbijan@zuckerman.com

By:  /s/ Amy L. Blaisdell
   Amy L. Blaisdell (Mo. Bar # 51068)
   Heather M. Mehta (Mo. Bar #64026)
   Lauren A. Daming (Mo. Bar #66472)
   10 S. Broadway, Suite 2000
   St. Louis, MO 63102
   T:  314-241-9090 / F:  314-241-8624
   apb@greensfelder.com
   hmm@greensfelder.com
   ldaming@greensfelder.com

*Attorneys for Jack Henry & Associates, Inc. and The Jack Henry & Associates, Inc. Group Health Benefit Plan*

**ACLU OF MISSOURI FOUNDATION**
Anthony E. Rothert (Mo. Bar #44827)
Jessie Steffan (Mo. Bar #64861)
Molly E. Carney (Mo. Bar #70570)
Emily Lazaroff (Mo. Bar #73811)
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Tel.: (314) 652-3114
Fax: (314) 652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

Gillian R. Wilcox (Mo. Bar #61278)
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Tel.: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiff Sabrina Briony Duncan*

**FIGARI + DAVENPORT, LLP**

By:  /s/ Amber D. Reece (by consent)
   Andrew G. Jubinsky
   Amber D. Reece
   901 Main Street, Suite 3400
   Dallas, TX 75202
   (214) 939-2000
   amber.reece@figdav.com
   andy.jubinsky@figdav.com

**BUCKLEY & BUCKLEY, L.L.C.**
Ann E. Buckley (Mo. Bar #26970)
800 Market Street, Suite 2900
St. Louis, MO 63101
T: (314) 621-3434 / F: (314) 621-3485
abuckley@buckleylawllc.com

*Attorneys for Defendant UMR, Inc.*

**TAFT LAW**

By:   /s/ David J. Butler (by consent)
    David J. Butler
    Rachel A Smoot
    dbutler@taftlaw.com
    rsmoot@taftlaw.com
    Tel: 614.221.2838
    Fax: 614.221.2007
    65 E. State Street, Suite 1000
    Columbus, OH 43215

**HORN AYLWARD & BANDY, LLC**
Danne W. Webb (Mo. Bar #39384)
Andrea S. McMurtry (Mo. Bar #62495)
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

*Attorneys for Defendant*
*Quantum Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which served notice upon all counsel of record.

                              /s/ Amy L. Blaisdell