UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SABRINA BRIONY DUNCAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACK HENRY & ASSOCIATES, INC.; ) <br> THE JACK HENRY & ASSOCIATES, ) <br> INC. GROUP HEALTH BENEFIT ) <br> PLAN; UMR, INC.; and QUANTUM ) <br> HEALTH, INC., ) <br> ) <br> Defendants. ) | Case No. 6:21-cv-03280-RK |

## PLAINTIFF'S STATUS REPORT

Plaintiff submits this status report in accordance with the Court's November 22, 2022 Order, ECF No. 116. The Parties are in agreement regarding the core terms of the settlement and are finalizing the written settlement agreement. Plaintiff anticipates that settlement will be perfected next month. The Parties will either submit the appropriate filings to dismiss this case or, with the Court's leave, Plaintiff will submit a further status report by February 28, 2023.

Dated: January 23, 2023

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

By: /s/ Caroline E. Reynolds

Caroline E. Reynolds
(admitted *pro hac vice*)
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Tel: 202.778.1800
Fax: 202.822.8106
creynolds@zuckerman.com

Leila Bijan
(admitted *pro hac vice*)
485 Madison Avenue, 10th Floor

New York, NY 10022
Tel: 212.704.9600
Fax: 212.704.4256
lbijan@zuckerman.com

ACLU OF MISSOURI FOUNDATION

Anthony E. Rothert (Mo. Bar #44827)
Jessie Steffan (Mo. Bar #64861)
Molly E. Carney (Mo. Bar #70570)
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Tel.: (314) 652-3114
Fax: (314) 652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

Gillian R. Wilcox (Mo. Bar #61278)
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Tel.: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiff Sabrina Briony Duncan*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2023 a true and correct copy of the foregoing was filed with the Court using the Court's CM/ECF system and served upon all parties of record.

                                                      /s/ Caroline E. Reynolds