# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SABRINA BRIONY DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 6:21-cv-03280-RK |
| JACK HENRY & ASSOCIATES, INC.; | ) | |
| THE JACK HENRY & ASSOCIATES, | ) | |
| INC. GROUP HEALTH BENEFIT | ) | |
| PLAN; UMR, INC.; and QUANTUM | ) | |
| HEALTH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff submits this status report in accordance with the Court's prior orders, ECF Nos. 116 and 119. The Parties have executed the settlement agreement and have substantially performed their duties under it. Plaintiff anticipates that settlement will be perfected by March 17, 2023. The Parties will either submit the appropriate filings to dismiss this case or, with the Court's leave, Plaintiff will submit a further status report by March 17, 2023.

Dated: February 28, 2023

Respectfully submitted,

ZUCKERMAN SPAEDER LLP

By:  /s/ Caroline E. Reynolds

Caroline E. Reynolds
(admitted *pro hac vice*)
1800 M Street NW, Suite 1000
Washington, DC 20036-5807
Tel: 202.778.1800
Fax: 202.822.8106
creynolds@zuckerman.com

Leila Bijan
(admitted *pro hac vice*)
485 Madison Avenue, 10th Floor

New York, NY 10022
Tel: 212.704.9600
Fax: 212.704.4256
lbijan@zuckerman.com

ACLU OF MISSOURI FOUNDATION

Anthony E. Rothert (Mo. Bar #44827)
Jessie Steffan (Mo. Bar #64861)
Molly E. Carney (Mo. Bar #70570)
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Tel.: (314) 652-3114
Fax: (314) 652-3112
arothert@aclu-mo.org
jsteffan@aclu-mo.org
mcarney@aclu-mo.org
elazaroff@aclu-mo.org

Gillian R. Wilcox (Mo. Bar #61278)
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Tel.: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiff Sabrina Briony Duncan*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023 a true and correct copy of the foregoing was filed with the Court using the Court's CM/ECF system and served upon all parties of record.

/s/ Caroline E. Reynolds