UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SABRINA BRIONY DUNCAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:21-cv-03280-RK |
| JACK HENRY & ASSOCIATES, INC.; THE JACK HENRY & ASSOCIATES, INC. GROUP HEALTH BENEFIT PLAN; UMR, INC.; and QUANTUM HEALTH, INC., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sabrina Briony Duncan and Defendants Jack Henry & Associates, Inc.; the Jack Henry & Associates, Inc. Group Health Benefit Plan; UMR, Inc.; and Quantum Health, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and through their counsel of record, hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

| ZUCKERMAN SPAEDER LLP | GREENSFELDER, HEMKER & GALE, P.C. |
|---|---|
| By: /s/ Caroline E. Reynolds | By: /s/ Amy L. Blaisdell (by consent) |
| Caroline E. Reynolds | Amy L. Blaisdell (Mo. Bar # 51068) |
| (admitted *pro hac vice*) | Heather M. Mehta (Mo. Bar #64026) |
| 1800 M Street NW, Suite 1000 | Lauren A. Daming (Mo. Bar #66472) |
| Washington, DC 20036-5807 | 10 S. Broadway, Suite 2000 |
| Tel: 202.778.1800 | St. Louis, MO 63102 |
| Fax: 202.822.8106 | T: 314-241-9090 / F: 314-241-8624 |
| creynolds@zuckerman.com | apb@greensfelder.com |
| | hmm@greensfelder.com |
| Leila Bijan | ldaming@greensfelder.com |
| (admitted *pro hac vice*) | |
| 485 Madison Avenue, 10th Floor | ***Attorneys for Jack Henry & Associates, Inc.*** |

| | |
|---|---|
| New York, NY 10022<br>Tel: 212.704.9600<br>Fax: 212.704.4256<br>lbijan@zuckerman.com | *and The Jack Henry and Associates, Inc.*<br>*Group Health Benefit Plan* |

ACLU OF MISSOURI FOUNDATION

BUCKLEY & BUCKLEY, L.L.C.

| | |
|---|---|
| Anthony E. Rothert (Mo. Bar #44827)<br>Jessie Steffan (Mo. Bar #64861)<br>Molly E. Carney (Mo. Bar #70570)<br>Emily Lazaroff (Mo. Bar #73811)<br>906 Olive Street, Suite 1130<br>St. Louis, Missouri 63101<br>Tel.: (314) 652-3114<br>Fax: (314) 652-3112<br>arothert@aclu-mo.org<br>jsteffan@aclu-mo.org<br>mcarney@aclu-mo.org<br>elazaroff@aclu-mo.org | By: /s/ Amber D. Reece (by consent)<br>FIGARI + DAVENPORT, LLP<br>Amber D. Reece (admitted *pro hac vice*)<br>Texas Bar No. 24079892<br>Andrew G. Jubinsky<br>(admitted *pro hac vice*)<br>Texas Bar No. 11043000<br>901 Main Street, Suite 3400<br>Dallas, TX 75202<br>(214) 939-2000<br>amber.reece@figdav.com<br>andy.jubinsky@figdav.com |
| Gillian R. Wilcox (Mo. Bar #61278)<br>406 W. 34th Street, Suite 420<br>Kansas City, Missouri 64111<br>Tel.: (816) 470-9938<br>gwilcox@aclu-mo.org | Ann E. Buckley (Mo. Bar #26970)<br>800 Market Street, Suite 2900<br>St. Louis, MO 63101<br>T: (314) 621-3434 / F: (314) 621-3485<br>abuckley@buckleylawllc.com |
| ***Attorneys for Plaintiff Sabrina Briony Duncan*** | ***Attorneys for Defendant UMR, Inc.*** |

TAFT LAW

By: /s/ David J. Butler (by consent)
David J. Butler, *Pro Hac Vice*
Rachel A Smoot, *Pro Hac Vice*
dbutler@taftlaw.com
rsmoot@taftlaw.com
Dir: 614.334.6167
Tel: 614.221.2838 | Fax: 614.221.2007
65 E. State Street, Suite 1000
Columbus, OH 43215

HORN AYLWARD & BANDY, LLC

Danne W. Webb (Mo. Bar #39384)
Andrea S. McMurtry (Mo. Bar #62495)
2600 Grand Blvd., Suite 1100

Kansas City, MO 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

***Attorneys for Defendant***
***Quantum Health, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023 a true and correct copy of the foregoing was filed with the Court using the Court's CM/ECF system and served upon all parties of record.

/s/ Caroline E. Reynolds